423 A.2d 1304

Rowen et al. v. Coane, M. D., Appellant.

Reargument Denied March 14, 1980.

Argued June 7, 1979. Jerry Zaslow, M.D., J.D., for appellant; Robert Dickman, for appellee.

Before PRICE, GATES and DOWLING, JJ.*

Judgment affirmed.

October 12, 1979.

423 A.2d 1305

Commonwealth v. Batten, Appellant.

Submitted September 15, 1978. J. Wesley Oler, Jr., Assistant Public Defender, for appellant; Edgar B. Bayley, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.